UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY LEWIS JUDGE, | ) | NO. EDCV 11-1647-SVW(CW) |
| | ) | |
|             Plaintiff, | ) | ORDER ACCEPTING |
| | ) | MAGISTRATE JUDGE'S |
|         v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
|           Defendant. | ) | |
| | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the complaint, Defendant's motion to dismiss and supplemental motion to dismiss, Plaintiff's opposition papers and other filings, the Report and Recommendation of the United States Magistrate Judge, and the letters and motions subsequently filed by Plaintiff that will be collectively construed as objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

    Accordingly, IT IS ORDERED:

    1.   The report and recommendation is accepted.

    2.   Defendant's supplemental motion to dismiss case (docket no.

54) is GRANTED.

      3.    Judgment shall be entered consistent with this order.

      4.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  June 4, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE