UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY LEWIS JUDGE, | ) | NO. EDCV 11-1647-SVW(CW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | (CORRECTED) |
| v. | ) | |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the order of the court accepting the findings, conclusions, and recommendation of the magistrate judge,

**IT IS ADJUDGED** that this action is **DISMISSED**.

DATED: June 4, 2013

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE